■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENATA L. LONDON, Appellant. [881 NYS2d 350]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered June 18, 2008. The judgment convicted defen-

dant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Centra, Peradotto, Green and Gorski, JJ.